```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

RICKY HAROLD HAYS,             §
     Petitioner,               §
VS.                            §    CIVIL ACTION NO. 4:06-CV-343-Y
                               §
NATHANIEL QUARTERMAN, Director,§
T.D.C.J., Correctional         §
Institutions Div.,             §
     Respondent.               §

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Ricky Harold Hays, along with the April 19, 2007, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until May 10 to file written objections to the findings, conclusions, and recommendation. As noted in that report, Hays has been released from the Mineral Wells pre-parole facility and has not kept this Court apprised of a new address. Thus, as of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on April 19, 2007. The Court concludes that the petition for writ of habeas corpus should be dismissed for the reasons stated in the magistrate judge's findings and conclusions.

The findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Ricky Harold Hays's petition for writ of habeas corpus under 28 U.S.C. § 254 is DISMISSED as moot.

SIGNED May 18, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE